DJW/bh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**JAMES BEARD, et al.,**

      **Plaintiffs,**

  v.                              Case No. 07-2316-JAR-DJW

**MIDWEST CONCRETE PLACEMENT, INC.,**

      **Defendant.**

## ORDER

The Court hereby grants Louis J. Wade's Motion to Withdraw as Counsel (doc. 46). Louis J. Wade is hereby withdrawn as counsel for Defendant. Jana V. Richards and Roger W. Warren remain as counsel for Defendant.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 8th day of April 2008.

                                                   David J. Waxse
                                                   U.S. Magistrate Judge

cc:    All counsel and *pro se* parties